# TRUEBLOOD LAW FIRM

10940 WILSHIRE BOULEVARD, SUITE 1600  
LOS ANGELES, CALIFORNIA 90024

TELEPHONE (310) 443-4139  
FACSIMILE (310) 943-2255

June 27, 2018

Via Facsimile (317) 464-1111

Kristopher Kazmierczak, Esq.  
Katz Korin Cunningham PC  
334 N. Senate Ave.  
Indianapolis, IN 46204

Re: *Sogn v. AlaskaUsa Federal Credit Union et al*, United States District Court, Western District of Washington, Case No. 2:17-CV-0432-RSL

Dear Mr. Kazmierczak:

Thank you for your letter dated today regarding the subpoena on Par, Inc. As I explained in our phone call, while I would be agreeable to having the deposition after the June 29, 2018 discovery cutoff, counsel for the defendants in this case will not agree to that. In addition, my client must serve an opposition to defendants' summary judgment motion by June 16, 2018, and the deposition must be concluded at least a week before then to have time for a transcript to be prepared.

I disagree that Par did not have a reasonable time to prepare for this simple deposition and document production, which concerns a single account with easily accessible data from Par's VIPR/RDN database. The deposition subpoena was served approximately two weeks before the deposition, but you only called me a few days before the scheduled date, and any lack of time seems more driven by your personal schedule (you said you had a huge filing this week), rather than Par's.

Accordingly, Par, Inc. will have to move for a protective order if it wishes to reschedule the deposition. Please bring that motion in the Western District of Washington, because only our court can afford relief on the discovery cutoff and summary judgment hearing dates, the only obstacles to our getting this deposition done. If the motion is filed in Indiana, we would have no choice but to object and move to have it heard in our case.

Sincerely,

Alexander B. Trueblood

EXHIBIT F